UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

| | |
|---|---|
| DAVID ANTHONY FLORES, # 196450, | |
| Plaintiff, | |
| v. | Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | Case No. 1:17-cv-308 |
| Defendant. | |

## **JUDGMENT**

In accordance with the memorandum opinion and order filed this date:

**IT IS ORDERED** that plaintiff's complaint is dismissed for lack of subject matter jurisdiction.

Dated:  August 9, 2018       /s/ Phillip J. Green          
PHILLIP J. GREEN
United States Magistrate Judge